

**Ralph H. Cathcart**
T 212.708.1920
rcathcart@ladas.com

1040 Avenue of the Americas
New York, NY 10018-3738
T 212.708.1800
F 212.246.8959
www.ladas.com

July 12, 2022

**VIA ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    1:20-CV-01961-LAK-VF, *The Keith Haring Foundation Inc. & Keith Haring Studio, LLC v. Gin&Tonic LLC.*, **Joint Letter Motion re: Discovery for Entry of Protective Order and Request to Amend Caption**

Dear Judge Figueredo:

    The parties write together to respectfully request that the previously entered Protective Order now also apply to Ezrasons. As a housekeeping matter, the parties also request that the caption of this Action be amended to include Ezrasons Inc. as a named defendant.

## Background

    On June 9, 2021, Your predecessor in this action, Magistrate Judge Debra Freeman, granted Plaintiffs' Motion for Leave to File a Second Amended Complaint, which joined defendant Ezrasons Inc. as a party to this action (ECF No. 51). Defendants' time to Answer the Second Amended Complaint was extended several times as the parties were engaged in outside mediation through December 2021 (ECF Nos. 52-53, 55-56, 58-59).

    Following mediation, Plaintiffs sought leave to file a Third Amended Complaint with Defendants' consent (ECF No. 60). Your Honor granted Plaintiffs' Motion on April 29, 2022 (ECF No. 68).

    Defendants Gin&Tonic LLC and Ezrasons Inc. filed their Answer and Affirmative Defenses to Plaintiffs' Third Amended Complaint on May 20, 2022 (ECF No. 77).

## Joint Letter Motion

    The attached executed Stipulated Protective Order was adopted by the Parties prior to Ezrasons, Inc. being made a party defendant in this action and was "so ordered" by Magistrate Judge Debra Freeman in this action (ECF No. 31). The parties, through their undersigned counsel, hereby seek to extend entry of the Stipulated Protective Order to joined defendant Ezrasons Inc.



The Honorable Valerie Figueredo                                                          Page 2
July 12, 2022

    By signature of its counsel below, Defendant Ezrasons Inc. hereby stipulates and agrees to the treatment of certain information exchanged in connection with the above-captioned action as set forth in the previously entered Stipulated Protective Order (ECF No. 31 and attached hereto).

    The parties therefore respectfully move this Court pursuant to Fed. R. Civ. P. 26(c) for entry of the Stipulated Protective Order against defendant Ezrasons Inc.

    In addition, the Parties jointly request that the caption of this action be amended to include Ezrasons Inc. as a named defendant, as follows: ***The Keith Haring Foundation Inc. & Keith Haring Studio, LLC v. Gin&Tonic LLC and Ezrasons Inc.***

    The parties thank the Court for its consideration.

    Respectfully submitted this 12th Day of July, 2022,

| **Ladas & Parry LLP** | **K&L Gates LLP** |
|---|---|
| By: */s Ralph H. Cathcart* | By: */s/ Kodey Haddox* |
| Ralph Cathcart (RHC2350) | Kodey Matthew Haddox |
| Jennifer Kwon (JK0211) | 599 Lexington Avenue |
| 1040 Avenue of the Americas | New York, New York 10022 |
| New York, New York 10018 | (212) 536-3900 |
| (212) 708-1800 | Kodey.Haddox@klgates.com |
| rcathcart@ladas.com | |
| jkwon@ladas.com | |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *The Keith Haring Foundation Inc. and* | *Gin&Tonic LLC and Ezrasons Inc.* |
| *Keith Haring Studio, LLC* | |

IT IS SO ORDERED:

_____
Hon. Valerie Figueredo
United States Magistrate Judge
Dated: July 13, 2022

The Clerk of Court is respectfully directed to close the motion at ECF No. 80.