**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE KEITH HARING FOUNDATION INC. &
KEITH HARING STUDIO, LLC

                                      Plaintiffs,               **20-CV-01961 (LAK) (VF)**

              -against-                              **ORDER**

GIN&TONIC LLC,

                                      Defendant.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to submit a joint letter by no later than **Friday, September 30, 2022**, providing the court an update on the status of discovery.

       **SO ORDERED.**

DATED:     New York, New York
              August 31, 2022

                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge