UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE KEITH HARING FOUNDATION INC. &
KEITH HARING STUDIO, LLC

                                        Plaintiffs,            20-CV-01961 (LAK) (VF)

         -against-                          **ORDER**

GIN&TONIC LLC,

                                       Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The parties are directed to submit a joint letter by no later than **Monday, February 26, 2023**, providing the court an update on the status of discovery in this action.

        **SO ORDERED.**

DATED:    New York, New York
                 January 26, 2023

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge