UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE KEITH HARING FOUNDATION INC.,

    Plaintiff,

and KEITH HARING STUDIO, LLC,

    Plaintiff /
    Counterclaim
    Defendant,

 - against -

GIN&TONIC LLC,

    Defendant /
    Counterclaim
    Plaintiff

and EZRASONS INC.,

    Defendant

 - against -

ARTESTAR, LLC

  Additional Counterclaim Defendant.

Case No. 1:20-cv-01961- JHR-VF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to the above entitled proceeding who have appeared or answered, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

 1. Plaintiff The Keith Haring Foundation Inc. and Plaintiff/Counterclaim Defendant Keith Haring Studio, LLC (the "Haring Parties") stipulate and agree to withdraw "with

prejudice" all of their respective claims alleged in the Third Amended Complaint against Defendant/Counterclaim Plaintiff Gin&Tonic LLC and Defendant Ezrasons Inc.

2. Defendant/Counterclaim Plaintiff Gin&Tonic LLC and Defendant Ezrasons Inc. stipulate and agree to withdraw "with prejudice" all of their claims asserted in their Amended Answer And Counterclaims against Plaintiff/Counterclaim Defendant Keith Haring Studio LLC and Additional Counterclaim Defendant Artestar LLC;

3. Each Party shall bear their own respective fees and costs incurred in connection with the above-captioned Action.

This stipulation may be executed in counterparts or with counterpart signature pages, and each such counterpart and/or facsimile copy shall be deemed an original.

This stipulation may be filed without further notice.

Respectfully submitted,

**Ladas & Parry LLP**                               **K&L Gates LLP**

By: _____              By: _____
Ralph H. Cathcart (RHC2350)                       Joanna A. Diakos
Yekaterina Tsyvkin (YT1234)                       Kodey M. Haddox
1040 Avenue of the Americas                       599 Lexington Avenue
New York, New York 10018                          New York, New York 10022
(212) 708-1800                                    (212) 536-3900
rcathcart@ladas.com                               Joanna.DiakosKordalis@klgates.com
ktsyvkin@ladas.com                                Kodey.Haddox@klgates.com

*Attorneys for Plaintiff The Keith Haring*        *Attorneys for Defendants*
*Foundation Inc. and*                             *Gin&Tonic LLC and Ezrasons Inc.*
*Plaintiff/Counterclaim Defendant Keith*
*Haring Studio, LLC and Counterclaim*
*Defendant Artestar, LLC*